

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | |
|---|---|
| Pryor Sertoma Club and Sertoma Senior Citizens Center, Inc. <br><br> *Plaintiff(s)* <br> v. <br> Mayes County Pageants, Inc.; Jeremy Scheffel; Hannah Clark; and Tracey Dean <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 25-cv-00478-MTS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Tracey Dean
208 S. Vann Street
Pryor, OK 74361

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jacob Daniel
Colton Scott
Taylor, Foster, Mallett, Downs, Ramsey, & Russell, P.C.
PO Box 309
Claremore, OK 74018

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, Heidi D. Campbell

Date: 09/11/2025

*Signature of Clerk or Deputy Clerk*

Mailed to Atty.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | |
|---|---|
| Pryor Sertoma Club and Sertoma Senior Citizens Center, Inc. <br><br> *Plaintiff(s)* <br><br> v. <br><br> Mayes County Pageants, Inc.; Jeremy Scheffel; Hannah Clark; and Tracey Dean <br><br> *Defendant(s)* | Civil Action No. 25-cv-00478-MTS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mayes County Pageants, Inc.
c/o registered service agent Jeremy Scheffel
3565 N. 435
Pryor, OK 74361

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jacob Daniel
Colton Scott
Taylor, Foster, Mallett, Downs, Ramsey, & Russell, P.C.
PO Box 309
Claremore, OK 74018

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, Heidi D. Campbell

Date: 09/11/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | |
|---|---|
| Pryor Sertoma Club and Sertoma Senior Citizens Center, Inc. <br><br> *Plaintiff(s)* <br> v. <br> Mayes County Pageants, Inc.; Jeremy Scheffel; Hannah Clark; and Tracey Dean <br><br> *Defendant(s)* | Civil Action No. 25-cv-00478-MTS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Hannah Perry
2016 Graham Ave
Pryor, OK 74361

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jacob Daniel
Colton Scott
Taylor, Foster, Mallett, Downs, Ramsey, & Russell, P.C.
PO Box 309
Claremore, OK 74018

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, Heidi D. Campbell

Date: 09/11/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

Pryor Sertoma Club and Sertoma Senior Citizens Center, Inc.

*Plaintiff(s)*

v.

Mayes County Pageants, Inc.; Jeremy Scheffel; Hannah Clark; and Tracey Dean

*Defendant(s)*

Civil Action No. 25-cv-00478-MTS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jeremy Scheffel
3565 N. 435
Pryor, OK 74361

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jacob Daniel
Colton Scott
Taylor, Foster, Mallett, Downs, Ramsey, & Russell, P.C.
PO Box 309
Claremore, OK 74018

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, Heidi D. Campbell

Date: 09/11/2025

*Signature of Clerk or Deputy Clerk*